IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR250 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| JILL GRESER, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Withdraw (Filing No. 56) filed by David Stickman, the Federal Pubic Defender.  The Court notes that the Defendant had previously filed a Motion to Reduce Sentence - USSC Amendment (Filing No. 51).  The Court has carefully reviewed the docket sheet and filings in this matter and finds that because of the Defendant was sentenced to the statutory mandatory minimum, she does not qualify for a sentence reduction under Amendment 782.  Accordingly,

IT IS ORDERED:

1. The Motion to Withdraw (Filing No. 56) filed by David Stickman, the Federal Pubic Defender, is granted;

2. The Court finds that the Defendant is ineligible for a reduction of sentence pursuant to Sentencing Guideline Amendment 782; and

3. The Clerk of Court is ordered to mail a copy of this order to the Defendant at her last known address.

DATED this 23rd day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge