IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR250 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| JILL GRESER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for reconsideration of the Court's Memorandum and Order (Filing No. 60).  In that Order the Court found that the Defendant was ineligible for a reduction of sentence pursuant to Sentencing Guideline Amendment 782.  As previously stated, the Defendant was sentenced to the statutory mandatory minimum and therefore she does not qualify for a sentence reduction.  The Court notes that the Federal Public Defender confirmed in its Motion to Withdraw (Filing No. 56) that the Defendant does not qualify for a sentence reduction pursuant to Amendment 782.

IT IS ORDERED that:

1. The Defendant's motion for reconsideration of the Court's Memorandum and Order  (Filing No. 60) is denied; and

2. The Clerk of Court is ordered to mail a copy of this order to the Defendant at her last known address.

DATED this 7th day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge